

# United States District Court

CHAMBERS OF:
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

CHAMBERS:(559) 498-7493
FAX: (559) 498-7410
CALENDARING: (559) 498-7256

August 17, 2004

Hon. Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

        RE:   Calendar Year 2003 Filing

Dear Judge Lisi:

        This responds to your letter of August 5, 2004, concerning the 2003 annual Financial Disclosure Report.

        The American Funds Family of Mutual Funds includes a fund specifically entitled "American Mutual Fund." The designation of the fund on my report showing "American Mutual Fund" is correct. It is one of the funds in the American Funds Family.

        The following correction should be made to the bonds listed at page 1, line 12, page 2, lines 25 and 33-35. Column C should be blank for each of these as each of the assets was completely disposed of in the reporting period.

        I trust this responds to your inquiries. If any questions remain, please do not hesitate to contact me.

                                    Sincerely,

                                Oliver W. Wanger
                        United States District Judge

OWW/dlp
Enclosure

RECEIVED AUG 24 10 51 AM '04 FINANCIAL DISCLOSURE OFFICE

| AO-10 Rev. 1/2004 · | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978** (5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial) <br><br> Wanger, Oliver W | 2. Court or Organization <br><br> U.S. District Court East. Dist | 3. Date of Report <br><br> 5/14/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> Active | 5. ReportType (check appropriate type) <br><br> ○ Nomination, Date <br><br> ○ Initial ● Annual ○ Final | 6. Reporting Period <br><br> 1/1/2003 <br> to <br> 12/31/2003 |
| 7. Chambers or Office Address <br><br> 5104 U.S. Courthouse <br> 1130 O Street <br> Fresno, CA 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## L POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 11/14/96 | George O'Toole, OWW, Paul Aloe & James Publishing, agreement to write manuscript for trial practice book. 3 1/3% royalty on receipts. Only $1,000 paid. |

RECEIVED MAY 21 11 13 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Wanger, Oliver W | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American Mutual Fund | C | Dividend | L | T | | | | | |
| 2. LaJolla Venture Ltd. Partnership La Jolla, CA. | B | Rent | L | V | | | | | |
| 3. Central Valley Dev. Co. common stock | A | None | J | V | | | | | |
| 4. Alliance Premier Growth Fund | No | None | J | T | | | | | |
| 5. Van Kampen AGG Growth Fund | No | None | J | T | | | | | |
| 6. Van Kampen Energy Growth Fund | No | None | J | T | | | | | |
| 7. Van Kampen Technology Fund | No | None | J | T | | | | | |
| 8. Kansas G&E First Mtg. Bond 1/15/06 | B | Interest | K | T | | | | | |
| 9. CNA Fin. Corp. Notes 12/15/08 | B | Interest | K | T | | | | | |
| 10. BankAmerica Corp. SubNotes 3/4/97 | A | Interest | J | T | | | | | |
| 11. Solomon Smith Barney Note 1/28/13 | A | Interest | K | T | Buy | 1/9 | K | | |
| 12. General Motors Accept. Corp. Smt. Note | B | Interest | K | T | Called | 7/15 | K | A | |
| 13. General Motors Accept. Corp. Smt. Note 3/15/07 (correction) | C | Interest | K | T | | | | | |
| 14. AIM Equity Fund Large Corp. | No | None | J | T | | | | | |
| 15. Alliance Growth and Income Fund | A | Dividend | J | T | | | | | |
| 16. Pimco Target Fund | No | None | J | T | | | | | |
| 17. Goldman Sachs Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 18. Pimco Value Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Franklin Growth Fund | No | None | J | T | | | | | |
| 20. Pimco Renaissance Fund | A | Dividend | J | | | | | | |
| 21. Krispy Kreme (common stock) | A | Dividend | J | T | | | | | |
| 22. Harley-Davidson (common stock) | A | Dividend | J | T | | | | | |
| 23. Starbucks Corp. (common stock) | A | Dividend | J | T | | | | | |
| 24. CitiBank Deposit Program | B | Interest | M | T | | | | | |
| 25. Resource Bank Virginia Beach CD | A | Interest | K | T | Redemption | 1/15 | K | | |
| 26. Household Fin. Corp. Inter. Notes 3/15/07 | A | Interest | K | T | Buy | 3/21 | K | | |
| 27. Household Fin. Corp. Int'l 3/15/05 | A | Interest | J | T | | | | | |
| 28. CitiGroup, Inc., Global Notes | A | Interest | J | T | | | | | |
| 29. Ford Motor Credit Corp. | B | Interest | K | T | | | | | |
| 30. Household Fin. Corp. Internotes (9/15/05) | C | Interest | K | T | | | | | |
| 31. Gen. Motors Accept. Corp. Notes Smart (9/15/04) | A | Interest | K | T | Buy | 9/17 | K | | |
| 32. Gen. Motors Accept. Corp. Notes (9/15/05) | B | Interest | K | T | | | | | |
| 33. Fed. Home Loan Bank Corp. Bonds (5/26/06) | A | Interest | K | T | Called | 3/17 | K | | |
| 34. Fed. Home Loan Bank Corp. Bonds (3/27/06) | A | Interest | K | J | Called | 3/17 | K | | |
| 35. Ford Motor Co. Med. Term Notes | A | Interest | L | T | Called | 10/20 | L | | |
| 36. First Eagle Overseas Fund | No | None | J | T | Buy | 7/18 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Inv. Co. of America | A | Dividend | K | T | Buy | 7/9 | K | | |
| 38. MFS Investment New Discovery Fund | No | None | J | T | Buy | 7/18 | J | | |
| 39. Solomon Smith Barney Med. Term Note | A | Interest | K | J | Buy | 1/9 | K | | |

1. Income/Gain Codes:     A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5.000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wanger, Oliver W | 5/14/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____5—14—04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544